UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAM HOWELL,<br>Petitioner, | )<br>)<br>) | No. 3:14-cv-01063<br>(Crim. No. 3:08-cr-00021) |
| v. | )<br>) | CHIEF JUDGE HAYNES |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) | |

MOTION FOR LEAVE TO FILE RESPONSE TO
PETITIONER'S MOTION FOR RELIEF UNDER 28 U.S.C. §2255

*[Handwritten annotation: ORDER. This motion is GRANTED. [signature] 9-2-14]*

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests that this Court allow the government to file late a response to Petitioner's Motion for Relief Under 28 U.S.C. §2255. The undersigned attorney recognizes that this Court has many cases and very little time to review late filings, and apologizes for this late filing. As grounds for this motion, the undersigned attorney notes that additional time was needed to complete the response. Thus, the government respectfully requests that this Court permit this late filing.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

1